# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0102. KATHRYN HUGHES v. GEOFFREY DURESKA**

The Appellant in the above styled case has filed a brief which includes an emergency request asking this Court to issue a stay pending the outcome of her appeal. Having reviewed the motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/30/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*